# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2936

Thomas John Styczinski, et al.

Appellants

v.

Grace Arnold, in her official capacity as Commissioner of the Minnesota Department of Commerce

Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-02019-NEB)

---

**ORDER**

Appellants Numismatist United Legal Defense, Thomas John Styczinski, Tom The Coin Guy, LLC and Treasure Island Coins shall recover from the appellee Grace Arnold the sum of $568.00 as taxable costs on appeal.

September 22, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　　/s/ Michael E. Gans