# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2936

Thomas John Styczinski, et al.

Appellants

v.

Grace Arnold, in her official capacity as Commissioner of the Minnesota Department of Commerce

Appellee

___

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-02019-NEB)

___

**MANDATE**

In accordance with the opinion and judgment of August 31, 2022, and the court's order dated September 22, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 22, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit